[No. 13790-5-I. Division One. April 1, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM
A. MARSH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83-1-01275-5, Rosselle Pekelis, J., entered

September 15, 1983. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Williams and Webster, JJ.